IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EUGENE LUCKETT AND
NAKEISHA GOSS                                                                  **PLAINTIFFS**

VS.                                                         CIVIL ACTION NO.: 3:22-CV-258 HTW-LGI

COAST NATIONAL INSURANCE COMPANY                                **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on for hearing on the joint motion, *ore tenus* of the Plaintiffs, Eugene Luckett and Nakeisha Goss, and Defendant, Coast National Insurance Company, to dismiss any and all claims of Plaintiffs against Defendant with prejudice, and the parties having appeared and announced that all claims as between them have been resolved, that there remain no issues to be litigated by or between the parties nor adjudicated and determined by the Court as between them, and the parties having consented to the entry of this Order, and the Court being fully advised in the premises, finds that the joint motion to dismiss Plaintiffs' claims against Defendant with prejudice is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that the cause of action of Plaintiffs, Eugene Luckett and Nakeisha Goss, against Defendant, Coast National Insurance Company, be and the same hereby is dismissed with prejudice with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the __24th__ day of __January__, 2023.

/s/HENRY T. WINGATE
DISTRICT COURT JUDGE

APPROVED AND AGREED TO BY:

_____
ROBERT C. BOYD, ESQ. (MSB #4218)
*Attorney for Plaintiff*

_____
KENNA L. MANSFIELD, JR. (MSB #1855)
WALKER R. GIBSON, ESQ. (MSB #100051)
*Attorneys for Defendant*